UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DOUGLAS IVERS,

              Plaintiff,

     v.

FEDERAL BUREAU OF ALCOHOL,
TOBACCO AND FIREARMS, *et al*,

             Defendants.

Case No.  C07-5656RJB-KLS

ORDER DENYING SERVICE OF
COMPLAINT BY UNITED
STATES MARSHALS

    This matter comes before the court on plaintiff's filing of a civil rights complaint pursuant to 42 U.S.C. § 1983. (Dkt. #1).  Plaintiff has been granted *in forma pauperis* status in this case. See Order Granting Application to Proceed *In Forma Pauperis*, dated the same date herewith.  Because plaintiff has not provided the Court with a proper address for defendant or with a sufficient number of forms for service, however, the Court will not order service of the complaint at this time.

    On November 21, 2007, plaintiff filed his complaint, naming the Federal Bureau of Alcohol, Tobacco and Firearms (the "ATF") as defendant. (Dkt. #1).  On November 26, 2007, the Clerk sent plaintiff a letter, informing him that information for each defendant listed in the complaint had not been

ORDER
Page - 1

submitted. (Dkt. #2).  Specifically, the Clerk informed plaintiff that he must furnish the full name and address of each named defendant.

The address for defendant contained on the service form plaintiff filed with his complaint reads as follows: "Dept. of Justice, 10th & Constitution, Wash DC, 20530."  The Court finds that this address is not sufficient for purposes of service.  That is, it is not specific enough to enable service to be completed.  In addition, because plaintiff is suing an agency of the United States, Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 4 requires that he also serve the United States. Fed. R. Civ. P. 4(i)(2).  To serve the United States, a copy of the complaint also must be provided to both the United States attorney for the Western District of Washington and the Attorney General of the United States. Fed. R. Civ. P. 4(i)(1).

Accordingly, the Clerk is directed to send **three (3)** service forms to plaintiff for him to fill out and return to the Court, containing full and proper addresses for the named defendant, the Attorney General for the United States and the United States attorney for the Western District of Washington respectively, so that the Court can attempt service by mail.  The forms must be returned on or before **February 11, 2008**, or the Court will recommend dismissal for failure to prosecute.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 11th day of January, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2