1

2

3

4

5

6

7

8

9                           UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
10                                    AT TACOMA

11

12    DOUGLAS IVERS,

13                    Plaintiff,                     Case No.  C07-5657 BHS/KLS

14            v.                                     ORDER GRANTING
                                                     MOTION TO WITHDRAW CASE
15    FEDERAL BUREAU OF                               FILING
      INVESTIGATIONS,
16

17                    Defendant.

18

19        Before the Court is the motion of Plaintiff Douglas Ivers filed in Case No. C07-5656RJB, in

20   which Plaintiff states that he wishes to withdraw the filing of his proposed Complaint in this case.

21   On November 21, 2007, Plaintiff filed an application to proceed *in forma pauperis* and submitted a

22   proposed complaint.  (Dkt. # 1).  On November 26, 2007, the Clerk of the Court sent a letter to Mr. Ivers

23   notifying him that his application was deficient in that he had failed to provide the court with an updated

24   trust account statement.  (Dkt. # 2).  Mr. Ivers was given until December 26, 2007 to cure the defects in

25   his application.  (*Id*.).  On December 18, 2007, Plaintiff sent a letter to the Clerk of the Court in another

26   case that he is litigating in this Court, Case No. C07-5656, in which he stated that "at this time, he wished

27   to stop [his] filing against the FBI = C07-5657 BHS/KLS."  (*See* Dkt. # 4 in Case No. C07-5656).

28   Plaintiff also requested that his complaint in this case be returned to him.

ORDER
Page - 1

1    Accordingly, it is **ORDERED**:

2

3    (1)    The Clerk of the Court is directed to administratively **CLOSE** this file and to send copies
            of this Order and Plaintiff's Complaint to Plaintiff; and

4    (2)    A copy of Plaintiff's motion referred to above (Dkt. # 4 in Case No. 07-5656) shall be
            docketed in this case along with a copy of this Order.

5

6    DATED this 16th  day of January, 2008.

7

8

9    Karen L. Strombom
     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2