1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS IVERS, | CASE NO.   C07-5656RBL-KLS |
| Plaintiff, | |
| v. | ORDER |
| FEDERAL BUREAU OF ALCOHOL, TOBACCO AND FIREARMS, | |
| Defendant. | |

The Court, having reviewed defendant's motion to dismiss (Dkt. #12), the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation (Dkt. 17);

(2) Defendant's motion to dismiss (Dkt. 12) is GRANTED;

(3) Plaintiff's complaint, as well as his amended complaint, hereby are DISMISSED without prejudice;

(4) The Clerk is directed to send copies of this Order to plaintiff, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 30th day of June, 2008.

_____
ROBERT J. BRYAN
United States District Judge

ORDER
Page - 1